INSURANCE CO. OF NORTH AMERICA V. GISH, BROOK & CO.

No. 272.    Opinion Filed May 12, 1909.

(102 Pac. 713.)

*Error from District Court, Caddo County; Frank M. Bailey, Judge.*

Action by Gish, Brook & Co. against the Insurance Company of North America. Judgment for plaintiff, and defendant brings error. Dismissed.

*Fulton, Stringer & Grant* and *Wm. Thompson,* for plaintiff in error.

*A. J. Morris,* for defendant in error.

HAYES, J. This is a proceeding in error from a judgment of the district court of Caddo county in an action in which M. N. Gish, T. H. Brook, and G. W. Baker, a partnership, doing business under the firm name and style of Gish, Brook & Co., were plaintiffs, and plaintiff in error was defendant. Defendants in error have filed in this proceeding a motion to dismiss upon the same grounds as was presented in the motion to dismiss in the action of *Springfield Fire & Marine Insurance Company v. Gish, Brook & Co.* (decided at this term of court), *ante,* p. 830, 102 Pac. 708. The same propositions are presented by the motion to dismiss in this case as were presented in that case, and determined by the court therein, and it is unnecessary to discuss the same here. The reasoning of the court upon the motion in that case and the conclusion reached must follow in this case, and the motion to dismiss be sustained.

All the Justices concur..